U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

2022 OCT 13  PM 3: 59

CLERK

BY _____
DEPUTY CLERK

UNITED STATES OF AMERICA, )
)
v. )        Criminal No. 5:22-cr -112-1-2
)
ASHLEY LOBDELL, and )
DARREN DWYER, )
Defendants. )

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about September 25, 2022, in the District of Vermont, the defendants, ASHLEY

LOBDELL and DARREN DWYER, knowingly and voluntarily agreed and conspired to

unlawfully obstruct, delay, and affect commerce and the movement of articles in commerce, by

robbery.

(18 U.S.C. § 1951(a))

1

COUNT TWO

On or about October 3, 2022, in the District of Vermont, the defendant, ASHLEY

LOBDELL and DARREN DWYER, obstructed, delayed, and affected commerce by robbery at

the Jolley Mart convenience store located at 129 Grove Street in Rutland, Vermont.

(18 U.S.C. § 1951(a); 18 U.S.C. § 2)

A TRUE BILL



FOREPERSON

NIKOLAS P. KEREST (JAO)
United States Attorney
Burlington, Vermont
October 13, 2022

2